MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Attorneys for Defendants,
SACRAMENTO COUNTY SHERIFF'S DEPARTMENT

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE RIDER, | NO.   2:09 cv-02125 WBS GGH |
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY CUT OFF** |
| vs. | |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and DOES 1 though 100, inclusive, | |
| Defendants. | |

COUNSEL JESSE M. RIVERA, on behalf of Defendant Sacramento County Sheriff's Department and Plaintiff's counsel Robert N. Kitay, hereby stipulate to an extension of time to conduct discovery for the purpose of taking depositions, in the above referenced matter. Due to counsel's scheduling conflicts and Defense counsel's trial, *Seabrooks v. Sacramento County,* set for August 30, 2010, they are unable to complete discovery by the current deadline. Counsel now agree that discovery shall now be completed by Friday, September 17, 2010.

Dated: August 5, 2010

|   |   |
|---|---|
| LAW OFFICES OF ROBERT N. KITAY | Respectfully submitted,<br>MORENO & RIVERA |
| /s/ Robert N. Kitay<br>ROBERT N. KITAY<br>Attorney for Plaintiff | /S/ Jesse M. Rivera<br>JESSE M. RIVERA<br>Attorney for Defendants,<br>SACRAMENTO COUNTY<br>SHERIFF'S DEPT. |

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIDGETTE RIDER,            )<br>                                             )<br>             Plaintiff,           )<br>                                             )<br>vs.                                       )<br>                                             )<br>SACRAMENTO COUNTY SHERIFF'S )<br>DEPARTMENT, and DOES 1 though 100, )<br>inclusive,                              )<br>                                             )<br>             Defendants.        )<br>                                             ) | NO.    2:09 cv-02125 WBS GGH<br><br>**ORDER TO KEEP DISCOVERY OPEN UNTIL SEPTEMBER 17, 2010** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that an extension of time to conduct discovery for the purpose of taking depositions in the above referenced matter is granted. Discovery shall now be completed by Friday, September 17, 2010.

Dated: August 9, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2  *G:\DOCS\SHU\DSHU2\inBOX\Signed\09cv2125 Stip to Ext Dscvy.wpd*