Robert N. Kitay, Esq. (SBN: 229966)
LAW OFFICES OF ROBERT N. KITAY, PC
1006 Fourth Street, Suite 225
Sacramento, CA 95814
Tel. (916) 266 – 0188
Fax (916) 266 – 0198

Attorneys for Plaintiff, BRIDGETTE RIDER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BRIDGETTE RIDER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:09-2125 WBS KJN<br><br>STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIM UNDER 42 U.S.C. § 1983 AND REMANDING THE REMAINING STATE LAW CLAIMS TO THE STATE COURT |

　　　　IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

1.　　Plaintiff, BRIDGETTE RIDER is represented by ROBERT N. KITAY of the Law Office of Robert N. Kitay.  Defendants, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al, is represented by Moreno & Rivera LLP.

**STIPULATION AND ORDER**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 1 of 2**

2. By agreement of the parties, it is stipulated that Plaintiff dismiss with prejudice all claims brought pursuant to 42 U.S.C. §1983.  That remaining state law claims are remanded to STATE COURT for further proceeding.

3. That each side agrees to bear their own costs and attorneys fees.

APPROVED AS TO FORM

Dated:  1/25/2011                              ____/S/_____
                                               ROBERT N. KITAY
                                               Attorney for Plaintiff

Dated:  1/25/2011                              ____/S/_____
                                               MORENO & RIVERA
                                               Attorneys for Defendant

## ORDER

Based on the above, and good cause appearing therefore, the above-stated is hereby made an Order of the Court.

**IT IS SO ORDERD.**

**Dated:  January 27, 2011**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE